■ The People of the State of New York, Respondent, v Emilio Aviles, Appellant. [823 NYS2d 116]—Judgment, Supreme

Court, Bronx County (Darcel Clark, J.), rendered on or about March 22, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Marlow, Sullivan and Williams, JJ.